UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FELIX VEIGA, | ) | |
| Movant, | ) | |
| v. | ) | 4:12-cv-266 |
| UNITED STATES OF AMERICA, | ) | 4:11-cr-3 |
| Respondent. | ) | |

## ORDER

After a *de novo* review of the record, including the requisite liberal construction of Veiga's complaint, the Court concurs with Magistrate Judge's Report and Recommendation, to which no objections have been filed. *Barnes v. United States*, 427 F. App'x 726, 727 (11th Cir. 2011) (per curiam) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972)). The Report and Recommendation therefore is **ADOPTED** as the opinion of the Court.

The 2 day of October, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA